No. 10–1124. TURLOCK IRRIGATION DISTRICT v. FEDERAL EN-
ERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certio-
rari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 10–1357. AMOROSA ET AL. v. ERNST & YOUNG, LLP.
C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE took no
part in the consideration or decision of this petition.

No. 10–10401. JASSO v. UNITED STATES. C. A. 5th Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 10–10438. REYES-HERNANDEZ v. UNITED STATES. C. A.
1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the
consideration or decision of this petition.

No. 10–10443. BERRY v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied. JUSTICE SOTOMAYOR took no part in the consider-
ation or decision of this petition.

No. 10–10444. ACOFF v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied. JUSTICE KAGAN took no part in the consideration
or decision of this petition.

No. 10–10450. JACKSON v. UNITED STATES. C. A. 8th Cir.
Certiorari denied. JUSTICE KAGAN took no part in the consider-
ation or decision of this petition.

No. 10–10468. COOPER v. UNITED STATES. C. A. 9th Cir.
Certiorari denied. JUSTICE KAGAN took no part in the consid-
eration or decision of this petition.

No. 10–880. TAYLOR v. CITY OF COLUMBIA, SOUTH CAROLINA,
ET AL., 562 U. S. 1287;
No. 10–8789. BLAIR v. ALASKAN COPPER & BRASS CO., 563
U. S. 921;
No. 10–9040. RAMEY v. UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA ET AL., 563 U. S. 923;
No. 10–9044. RAMIREZ v. AULT, WARDEN, 563 U. S. 944;
No. 10–9049. IN RE ROCHE, 562 U. S. 1285;

No. 10–9067. ADAMS v. MICHIGAN, 563 U. S. 945;

No. 10–9094. WOODBURY v. CITY OF TAMPA, FLORIDA, POLICE DEPARTMENT, ET AL., 563 U. S. 962;

No. 10–9289. RITTER v. RITTER ET AL., 563 U. S. 978;

No. 10–9426. BRAMLETT v. UNITED STATES, 563 U. S. 949;

No. 10–9534. IN RE ANDREWS, 563 U. S. 934;

No. 10–9535. IN RE ANDREWS, 563 U. S. 934;

No. 10–9661. GRAY v. UNITED STATES, 563 U. S. 954; and

No. 10–9663. IN RE SUDBERRY, 563 U. S. 934. Petitions for rehearing denied.

No. 10–9482. JENNINGS v. UNITED STATES, 563 U. S. 956. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JUNE 15, 2011

No. 10–7387. SETSER v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1004.] Evan A. Young, Esq., of Austin, Tex., is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 10A1226 (10–11036). BALENTINE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

No. 09–5128 (10A1212). BALENTINE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 558 U. S. 971. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to file petition for rehearing denied.

JUNE 16, 2011

No. 10A1236 (10–11056). TAYLOR v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, pre-